

## United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory A Franklin,<br>    Plaintiff,<br><br>v.<br><br>J Jimenez, Lieutenant; Hughey, Sergeant; S Garcia, Registered Nurse; T Molina, LVN; S Ramos; J Rodriguez; C Maciel,<br>    Defendants. | Civil Action No.  11-cv-01240-JAH-BGS<br><br>JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Plaintiff's objections are Overruled;
2. The report and recommendation (Doc. No. 61) is Adopted in its entirety;
3. Defendants' motion for summary judgment (Doc. No. 57) is Granted;
4. Plaintiff's motion for summary judgment (Doc. No. 43) is Denied;
5. Plaintiff's motion for leave to amend (Doc. No. 60) is Denied;
6. The report and recommendation (Doc. No. 58) is Adopted in its entirety;
7. Plaintiff's motion for a preliminary injunction (Doc No. 52) is Denied;
8. The Clerk of Court shall enter judgment in favor of Defendants and terminate the action.

Date:            3/22/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ R. Uran
                                    R. Uran, Deputy